# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

EDWARD BRIAN CRIST,

    Plaintiff,

vs.                                                       No. CV 16-1107 MV/KRS

DETECTIVE JOE LOPEZ #5425,

    Defendant.

## **JUDGMENT**

THIS MATTER is before the Court on the Complaint to Recover Damages for Injury ("Complaint") filed by Plaintiff, Edward Brian Crist, on August 22, 2016 and removed to this Court on October 6, 2016 (Doc. 1, 1-1) and the Court having entered its Memorandum Opinion and Order dismissing the Complaint, without prejudice and without leave to amend, for failure to state a claim on which relief can be granted,

IT IS ORDERED that Judgment is entered and the Complaint to Recover Damages for Injury ("Complaint") filed by Plaintiff Edward Brian Crist on August 22, 2016 and removed to this Court on October 6, 2016 (Doc. 1, 1-1) is DISMISSED without prejudice.

_____
MARTHA VAZQUEZ
UNITED STATES DISTRICT JUDGE